IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE EMAIL DOMAIN ▓▓▓▓▓▓ THAT IS STORED AT PREMISES CONTROLLED BY YAHOO HOLDINGS, INC. | Case No. 17-mj-0093<br><br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo Holdings Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo Holdings Inc. shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Yahoo Holdings Inc. may disclose the attached warrant to an attorney for Yahoo Holdings Inc. for the purpose of receiving legal advice.

09/26/2017
Date

P. Bradley Murray
United States Magistrate Judge

*Digitally signed by P. Bradley Murray*
*DN: cn=P. Bradley Murray, o, ou=United States Magistrate Judge,*
*email=bradley_murray@alsd.uscourts.gov, c=US*
*Date: 2017.09.26 12:46:53 -06'00'*